**No. 39596.**—Protest 942394–G of Geigy Co., Inc. (New York).

Opinion by KINCHELOE, J. It was found that the printed foreign language text greatly preponderates over the English parts. The claim for free entry under paragraph 1630 was therefore sustained.